HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINAH CANADA, MARIE JOHNSON-PEREDO, and ROBERT HEWSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community; LLOYD E. WARD and AMANDA GLEN WARD, individually and on behalf of the marital community; LLOYD WARD, P.C.; LLOYD WARD & ASSOCIATES, P.C.; THE LLOYD WARD GROUP, P.C. (D/B/A LLOYD WARD GROUP II); WARD HOLDINGS, INC.; and SETTLEMENT COMPLIANCE COMMISSION, INC.,<br><br>Defendants. | NO. 3:12-CV-05657-BHS<br><br>**SECOND DECLARATION OF C. ALLEN GARRETT JR. IN SUPPORT OF THE MERACORD DEFENDANTS' MOTION TO DISMISS BASED ON LACK OF SUBJECT MATTER JURISDICTION** |

SECOND DECLARATION OF C. ALLEN GARRETT JR. IN SUPPORT OF THE MERACORD DEFENDANTS' MOTION TO DISMISS, ETC. (3:12-CV-05657-BHS)

**Andrews▪Skinner, P.S.**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

## SECOND DECLARATION OF C. ALLEN GARRETT JR.

I, C. ALLEN GARRETT JR., hereby declare:

1. My name is C. Allen Garrett Jr. I am one of the attorneys for Meracord LLC, Charles Remsberg, and Linda Remsberg (collectively, the "Meracord Defendants"), Defendants in the above-captioned action. I am over the age of eighteen and have personal knowledge of the matters stated herein as a result of my representation of the Meracord Defendants.

2. On November 12, 2012, Plaintiffs served their "Initial Disclosures" in this action. A true and correct copy of Plaintiffs' "Initial Disclosures" is attached hereto as **Exhibit A**.

3. On May 5, 2013, I served the "Meracord Defendants' Amended Rule 68 Offer of Judgment as to Plaintiff Johnson-Peredo" upon all counsel of record in the above-captioned action, by e-mail and by U.S. mail. A true and correct copy of the Amended Offer of Judgment to Plaintiff Johnson-Peredo, together with my cover e-mail to Plaintiff's counsel (other exhibits and prior e-mails in this e-mail chain omitted), is attached hereto as **Exhibit B**.

4. On May 24, 2013, I served the "Meracord Defendants' Second Amended Rule 68 Offer of Judgment as to Plaintiff Johnson-Peredo" upon all counsel of record in the above-captioned action, by e-mail and by U.S. mail. A true and correct copy of the "Meracord Defendants' Second Amended Rule 68 Offer of Judgment as to Plaintiff Canada" is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2013.

s/ C. Allen Garrett Jr.
C. Allen Garrett Jr.

SECOND DECLARATION OF C. ALLEN GARRETT JR. IN SUPPORT OF THE MERACORD DEFENDANTS' MOTION TO DISMISS, ETC. (3:12-CV-05657-BHS) - 3

**A n d r e w s ▪ S k i n n e r , P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ C. Allen Garrett Jr.
C. ALLEN GARRETT JR. (*pro hac vice*)
Georgia Bar No. 286335
KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4539
AGarrett@KilpatrickTownsend.com

*One of the Attorneys for the Meracord Defendants*

SECOND DECLARATION OF C. ALLEN GARRETT JR. IN SUPPORT OF THE MERACORD DEFENDANTS' MOTION TO DISMISS, ETC. (3:12-CV-05657-BHS)

**Andrews▪Skinner, P.S.**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*