HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINAH CANADA, MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community; LLOYD E. WARD and AMANDA GLEN WARD, individually and on behalf of the marital community; LLOYD WARD, P.C.; LLOYD WARD & ASSOCIATES, P.C.; THE LLOYD WARD GROUP, P.C. (D/B/A LLOYD WARD GROUP II); WARD HOLDINGS, INC.; and SETTLEMENT COMPLIANCE COMMISSION, INC.,<br><br>Defendants. | No. 3:12-CV-05657-BHS<br><br>**NOTICE REGARDING OUTCOME OF DEFENDANT'S APPEAL IN RELATED *RAJAGOPALAN* CASE** |

In its order dated January 31, 2013, this Court stayed this action as to Plaintiffs Canada and Hewson "until the appeal in *Rajagopalan*[1] is resolved." Dkt. No. 80 at 7.

Plaintiffs advise the Court that on May 20, 2013, the Ninth Circuit issued a per curiam opinion affirming this Court's order denying Meracord's motion to compel arbitration in the *Rajagopalan* case. *See Rajagopalan v. NoteWorld, LLC*, No. 12-35205, slip. op. at 8 (9th Cir.

---

[1] *Rajagopalan v. NoteWorld*, No. 11-cv-05574-BHS (W.D. Wash., filed July 26, 2011).

PLAINTIFFS' NOTICE OF OUTCOME - 1
Case No. 11-CV-05574-BHS

010262-13  613545 V1


HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

May 20, 2013) ("*Rajagopalan* Appeal"). The Ninth Circuit agreed with this Court that Meracord was not entitled to invoke the arbitration clause contained in the Front Debt Settlement Company contract, either as a third-party beneficiary or under the doctrine of equitable estoppel.

Dated this 28th day of May, 2013.

        Respectfully submitted,

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By: /s/ Steve W. Berman
           Steve W. Berman, WSBA No. 12536
           Thomas E. Loeser, WSBA No. 38701
        1918 Eighth Avenue, Suite 3300
        Seattle, WA 98101
        Tel.: (206) 623-7292
        Fax.: (206) 623-0594
        http://www.hbsslaw.com

        THE PAYNTER LAW FIRM PLLC
        Stuart M. Paynter (*pro hac vice*)
        Celeste H.G. Boyd (*pro hac vice*)
        1200 G Street N.W., Suite 800
        Washington, DC 20005
        Tel.: (202) 626-4486
        Fax: (866) 734-0622

        *Attorneys for Plaintiffs*



# CERTIFICATE OF SERVICE

On May 28, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

- **Pamela Marie Andrews**
  pamela.andrews@andrews-skinner.com, jane.johnson@andrews-skinner.com, kirsten.kenning@andrews-skinner.com
- **Steve W. Berman**
  steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com
- **Celeste H. G. Boyd**
  cboyd@smplegal.com
- **Kristen Dorrity**
  kristen.dorrity@andrews-skinner.com, sally.gannett@andrews-skinner.com
- **Thomas E Loeser**
  TomL@hbsslaw.com, dawn@hbsslaw.com
- **Stuart M Paynter**
  stuart@smplegal.com, mgerton@smplegal.com

Executed this 28th day of May, 2013, in Seattle, Washington.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Steve W. Berman
        Steve W. Berman

PLAINTIFFS' NOTICE OF OUTCOME - 3
Case No. 11-CV-05574-BHS

010262-13  613545 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594