1

HONORABLE BENJAMIN H. SETTLE

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

| | |
|---|---|
| AMRISH RAJAGOPALAN, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>NOTEWORLD, LLC,<br><br>           Defendant. | NO. 3:11-CV-05574<br><br>**STIPULATION AND PROPOSED ORDER (A) CONSOLIDATING RELATED CASES; AND (B) SETTING DEADLINE FOR FILING OF CONSOLIDATED AMENDED COMPLAINT** |
| DINAH CANADA, MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>MERACORD, LLC, *et al.*,<br><br>           Defendants. | NO. 3:12-CV-05657-BHS |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER (A)
CONSOLIDATING RELATED CASES AND (B) SETTING
DEADLINE FOR FILING OF CONSOLIDATED AMENDED
COMPLAINT - 1

**A n d r e w s ▪ S k i n n e r , P.S.**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Pursuant to Federal Rule of Civil Procedure 42 and Local Rule 42(b), the parties in the above-captioned actions hereby stipulate and agree that (a) the above-captioned actions should be consolidated, and (b) Plaintiffs shall have up to and including August 9, 2013, to file a Consolidated Amended Complaint in the consolidated action.

The parties respectively submit that an extension to the deadline for filing the Consolidated Amended Complaint is necessary, so that the operative pleading in the consolidated action comprehensively reflects the current state of the parties and the issues.  The parties are coordinating to submit an agreed schedule for the filing of answer(s) or other responsive pleading(s), further filings in the consolidated actions, and/or mediation shortly after Plaintiffs' filing of the Consolidated Amended Complaint.

A proposed Order follows the parties' signatures.

Respectfully submitted this 13th day of June, 2013.

s/ Steve W. Berman
s/ Thomas E. Loeser
Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
TomL@hbsslaw.com

s/ C. Allen Garrett Jr.
C. Allen Garrett Jr. (*pro hac vice*)
Georgia Bar No. 286335
KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
AGarrett@KilpatrickTownsend.com

STIPULATION AND PROPOSED ORDER (A)
CONSOLIDATING RELATED CASES AND (B) SETTING
DEADLINE FOR FILING OF CONSOLIDATED AMENDED
COMPLAINT - 2

**A n d r e w s ▪ S k i n n e r , P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1
2
3
4
5

Stuart M Paynter
Celeste H.G. Boyd
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
stuart@smplegal.com
cboyd@smplegal.com

Pamela M. Andrews, WSBA #14248
Jennifer Lauren, WSBA #37914
ANDREWS ▪ SKINNER, P.S.
645 Elliot Avenue West, Suite 350
Seattle, Washington 98119-3911
Pamela.Andrews@Andrews-Skinner.com
Jennifer.Lauren@Andrews-Skinner.com

6
7

*Attorneys for Plaintiffs Amrish Rajagopalan,
Dinah Canada, Marie Johnson-Peredo, and
Robert Hewson*

*Attorneys for Defendant Meracord LLC (f/k/a
NoteWorld LLC)*

8
9
10
11
12
13
14
15

/s/ Jeffrey A.O. Freimund
Jeffrey A.O. Freimund
FREIMUND JACKSON TARDIFF &
BENEDICT GARRETT
711 Capitol Way South
Suite 602
Olympia, WA 98501
jefff@fjtlaw.com

*Attorney for Defendants Lloyd E. Ward, Lloyd
Ward, P.C., Lloyd Ward & Associates, P.C.,
The Lloyd Ward Group, P.C. and Ward
Holdings, Inc.*

s/ H. Andrew Saller, Jr.
James A. Krueger, WSBA #3408
H. Andrew Saller, Jr., WSBA #12945
Lucy R. Clifthorne, WSBA #27687
VANDEBERG JOHNSON & GANDARA
LLP
1201 Pacific Ave., Suite 1900,
Tacoma, WA 98402
Telephone: (253) 383-3791
Facsimile: (253) 383-6377
jkrueger@vjglaw.com
asaller@vjglaw.com
lclifthorne@vjglaw.com

*Attorneys for Linda and Charles Remsberg*

16
17
18
19
20
21
22
23
24

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

25
26

STIPULATION AND PROPOSED ORDER (A)
CONSOLIDATING RELATED CASES AND (B) SETTING
DEADLINE FOR FILING OF CONSOLIDATED AMENDED
COMPLAINT - 3

**A n d r e w s ▪ S k i n n e r ,   P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1  Presented by:

2  s/ Thomas E. Loeser

3  Thomas E. Loeser
   HAGENS BERMAN SOBOL SHAPIRO LLP
4  1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
5  TomL@hbsslaw.com

6  *One of the Attorneys for Plaintiffs*

7  s/ C. Allen Garrett Jr.

8  C. ALLEN GARRETT JR. (*pro hac vice*)
   Georgia Bar No. 286335
9  KILPATRICK TOWNSEND
      & STOCKTON LLP
10 1100 Peachtree Street, Suite 2800
   Atlanta, Georgia 30309-4528
11 AGarrett@KilpatrickTownsend.com

12 *One of the Attorneys for the Defendant Meracord LLC*

13 *(f/k/a NoteWorld LLC)*

14

15

16

17

18

19

20

21

22

23

24

25 STIPULATION AND PROPOSED ORDER (A)
   CONSOLIDATING RELATED CASES AND (B) SETTING
26 DEADLINE FOR FILING OF CONSOLIDATED AMENDED
   COMPLAINT - 4

   **A n d r e w s ▪ S k i n n e r ,   P . S .**
   *645 Elliott Ave. W., Ste. 350*
   *Seattle, WA 98119*
   *Tel: 206-223-9248 ▪ Fax: 206-623-9050*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ C. Allen Garrett Jr.
C. ALLEN GARRETT JR.
Georgia Bar No. 286335
KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4539
AGarrett@KilpatrickTownsend.com

One of the Attorneys for Defendant Meracord LLC
(f/k/a NoteWorld LLC)

STIPULATION AND PROPOSED ORDER (A)
CONSOLIDATING RELATED CASES AND (B) SETTING
DEADLINE FOR FILING OF CONSOLIDATED AMENDED
COMPLAINT - 5

A n d r e w s ▪ S k i n t o n , P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050