# Exhibit A

HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINAH CANADA, MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community; LLOYD E. WARD and AMANDA GLEN WARD, individually and on behalf of the marital community; LLOYD WARD, P.C.; LLOYD WARD & ASSOCIATES, P.C.; THE LLOYD WARD GROUP, P.C. (D/B/A LLOYD WARD GROUP II); WARD HOLDINGS, INC.; and SETTLEMENT COMPLIANCE COMMISSION, INC.,<br><br>Defendants. | NO. 3:12-CV-05657-BHS<br><br>**MERACORD DEFENDANTS' RULE 68 OFFER OF JUDGMENT AS TO PLAINTIFF CANADA** |

MERACORD DEFENDANTS' RULE 68 OFFER OF
JUDGMENT AS TO PLAINTIFF CANADA

Andrews▪Skinner, P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
Tel: 206-223-9248 ▪ Fax: 206-623-9050

TO: Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

Stuart M. Paynter
Celeste H. G. Boyd
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005

Pursuant to Federal Rule of Civil Procedure 68, Defendants Meracord LLC, Linda Remsberg, and Charles Remsberg (collectively, the "Meracord Defendants"), by and through their undersigned attorneys, hereby offer to allow judgment to be taken against them and in favor of Plaintiff Dinah Canada for the sum of $37,608.00, plus reasonable attorneys' fees, costs, and expenses, in full satisfaction of all damages and relief sought by Ms. Canada on her individual claims in this action.

Pursuant to Fed. R. Civ. P. 68(d), if the judgment that Ms. Canada obtains is not more favorable than this unaccepted offer, Ms. Canada must pay costs incurred after this offer is made. This Offer of Judgment is made pursuant to Fed. R. Civ. P. 68 and is not to be construed as an admission of any liability on the part of the Meracord Defendants.

DATED this 25th day of April, 2013.

| | |
|---|---|
| PAMELA M. ANDREWS, WSBA #14248<br>JENNIFER LAUREN, WSBA #37914<br>ANDREWS • SKINNER, P.S.<br>645 Elliott Avenue West, Suite 350<br>Seattle, Washington 98119-3911<br>Pamela.Andrews@Andrews-Skinner.com<br>Jennifer.Lauren@Andrews-Skinner.com | *(signature)*<br>C. ALLEN GARRETT JR. (pro hac vice)<br>Georgia Bar No. 286335<br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4528<br>AGarrett@KilpatrickTownsend.com |

*Attorneys for the Meracord Defendants*

MERACORD DEFENDANTS' RULE 68 OFFER OF
JUDGMENT AS TO PLAINTIFF CANADA

Andrews•Skinner, P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2013, I served a copy of the foregoing upon all counsel of record by e-mail and by depositing a true and correct copy thereof in the United States mail, first-class postage prepaid, addressed as follows:

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
TomL@hbsslaw.com

Stuart M. Paynter
Celeste H. G. Boyd
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
stuart@smplegal.com
cboyd@smplegal.com

Jeffrey A. O. Freimund
FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, Washington 98501
jeffF@fjtlaw.com

_____
C. ALLEN GARRETT JR. (pro hac vice)
Georgia Bar No. 286335
KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
AGarrett@KilpatrickTownsend.com

*One of the Attorneys for the Meracord Defendants*