# Exhibit B

1

2

3

4

5

6

7

HONORABLE BENJAMIN H. SETTLE

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

DINAH CANADA, MARIE JOHNSON-
PEREDO and ROBERT HEWSON on behalf
of themselves and all others similarly situated,

NO. 3:12-CV-05657-BHS

12

13

**MERACORD DEFENDANTS' AMENDED
RULE 68 OFFER OF JUDGMENT TO
PLAINTIFF CANADA**

Plaintiffs,

14

v.

15

16

17

18

19

20

21

MERACORD, LLC; LINDA REMSBERG and
CHARLES REMSBERG, individually and on
behalf of the marital community; LLOYD E.
WARD and AMANDA GLEN WARD,
individually and on behalf of the marital
community; LLOYD WARD, P.C.; LLOYD
WARD & ASSOCIATES, P.C.; THE LLOYD
WARD GROUP, P.C. (D/B/A LLOYD
WARD GROUP II); WARD HOLDINGS,
INC.; and SETTLEMENT COMPLIANCE
COMMISSION, INC.,

22

Defendants.

23

24

25

MERACORD DEFENDANTS' AMENDED RULE 68 OFFER OF
JUDGMENT TO PLAINTIFF CANADA

**A n d r e w s ▪ S k i n n e r , P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

TO:   Steve W. Berman
      Thomas E. Loeser
      HAGENS BERMAN SOBOL SHAPIRO LLP
      1918 Eighth Avenue, Suite 3300
      Seattle, Washington 98101

      Stuart M. Paynter
      Celeste H. G. Boyd
      THE PAYNTER LAW FIRM PLLC
      1200 G Street N.W., Suite 800
      Washington, DC 20005

      Pursuant to Federal Rule of Civil Procedure 68, Defendants Meracord LLC, Linda Remsberg, and Charles Remsberg (collectively, the "Meracord Defendants"), by and through their undersigned attorneys, hereby offer to allow judgment to be taken against them and in favor of Plaintiff Dinah Canada for the sum of $37,608.00, plus pre- and post-judgment interest as authorized by law, reasonable attorneys' fees, costs, and expenses, in full satisfaction of all damages and relief sought by Ms. Canada on her individual claims in this action.

      Pursuant to Fed. R. Civ. P. 68(d), if the judgment that Ms. Canada obtains is not more favorable than this unaccepted offer, Ms. Canada must pay costs incurred after this offer is made. This Offer of Judgment is made pursuant to Fed. R. Civ. P. 68 and is not to be construed as an admission of any liability on the part of the Meracord Defendants.

      DATED this 5th day of May, 2013.

PAMELA M. ANDREWS, WSBA #14248
JENNIFER LAUREN, WSBA #37914
ANDREWS • SKINNER, P.S.
645 Elliott Avenue West, Suite 350
Seattle, Washington 98119-3911
Pamela.Andrews@Andrews-Skinner.com
Jennifer.Lauren@Andrews-Skinner.com

C. ALLEN GARRETT JR. (*pro hac vice*)
Georgia Bar No. 286335
KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
AGarrett@KilpatrickTownsend.com

*Attorneys for the Meracord Defendants*

MERACORD DEFENDANTS' AMENDED RULE 68 OFFER OF
JUDGMENT TO PLAINTIFF CANADA

**A n d r e w s ▪ S k i n n e r ,   P . S .**
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that I served a copy of the foregoing upon all counsel of record by e-mail

3   on May 5, 2013, and by depositing a true and correct copy thereof in the United States mail,

4   first-class postage prepaid, on May 6, 2013, addressed as follows:

5
            Steve W. Berman
            Thomas E. Loeser
6           HAGENS BERMAN SOBOL SHAPIRO LLP
7           1918 Eighth Avenue, Suite 3300
            Seattle, Washington 98101
8           steve@hbsslaw.com
            TomL@hbsslaw.com
9
            Stuart M. Paynter
10          Celeste H. G. Boyd
            THE PAYNTER LAW FIRM PLLC
11          1200 G Street N.W., Suite 800
12          Washington, DC 20005
            stuart@smplegal.com
13          cboyd@smplegal.com

14          Jeffrey A. O. Freimund
            FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
15          711 Capitol Way S., Suite 602
16          Olympia, Washington 98501
            jeffF@fjtlaw.com
17
18          C. ALLEN GARRETT JR. (*pro hac vice*)
            Georgia Bar No. 286335
19          KILPATRICK TOWNSEND
20             & STOCKTON LLP
            1100 Peachtree Street, Suite 2800
21          Atlanta, Georgia 30309-4528
            AGarrett@KilpatrickTownsend.com
22
23          *One of the Attorneys for the Meracord Defendants*

24

25

26

MERACORD DEFENDANTS' AMENDED RULE 68 OFFER OF
JUDGMENT TO PLAINTIFF CANADA