HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA

DINAH CANADA, MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community; LLOYD E. WARD and AMANDA GLEN WARD, individually and on behalf of the marital community; LLOYD WARD, P.C.; LLOYD WARD & ASSOCIATES, P.C.; THE LLOYD WARD GROUP, P.C. (D/B/A LLOYD WARD GROUP II); WARD HOLDINGS, INC.; and SETTLEMENT COMPLIANCE COMMISSION, INC.,

Defendants.

No. 12-cv-05657-BHS

**NOTICE AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST LLOYD WARD, P.C.; LLOYD WARD & ASSOCIATES, P.C.; THE LLOYD WARD GROUP, P.C. (D/B/A LLOYD WARD GROUP II); AND WARD HOLDINGS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that all claims in this matter against Lloyd E. Ward; Amanda Glen Ward; Lloyd Ward, P.C.; Lloyd Ward & Associates, P.C.; The Lloyd Ward Group P.C. (d/b/a Lloyd Ward Group II); Ward Holdings, Inc.; and Settlement Compliance Commission, Inc. are hereby dismissed with prejudice. Each party shall bear their own fees and costs related to the litigation.

NOTICE AND STIPULATION DISMISSING WITH
PREJUDICE ACTION AGAINST WARD
DEFENDANTS - 1
Case No. 12-cv-05657-BHS

| | |
|---|---|
| 1 | |
| 2 | Dated: June 26, 2013 |
| 3 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 4 | By: /s/ Steve W. Berman |
| 5 | Steve W. Berman (WSBA# 12536) |
| 6 | /s/ Thomas E. Loeser |
| | Thomas E. Loeser (WSBA# 38701) |
| 7 | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| 8 | Tel: (206) 623-7292 |
| | Fax: (206) 623-0594 |
| 9 | steve@hbsslaw.com |
| | toml@hbsslaw.com |
| 10 | **THE PAYNTER LAW FIRM PLLC** |
| 11 | Stuart M. Paynter |
| 12 | 1200 G Street N.W., Suite 800 |
| | Washington, DC 20005 |
| 13 | Tel.: (202) 626-4486 |
| | Fax: (866) 734-0622 |
| 14 | Celeste H.G. Boyd |
| 15 | 1340 Environ Way |
| | Chapel Hill NC 27517 |
| 16 | Tel: 505-501-8176 |
| | Fax: (866) 734-0622 |
| 17 | *Attorneys for Plaintiffs* |
| 18 | FREIMUND JACKSON TARDIF |
| 19 | & BENEDICT GARRATT, PLLC |
| 20 | By: /s/ Jeffrey A. O. Freimund |
| | Jeffrey A. O. Freimund, (WSBA# 17384) |
| 21 | 711 Capitol Way South, Suite 602 |
| | Olympia, WA 98501 |
| 22 | Telephone: (360) 534-9960 |
| | Fax: (360) 534-9959 |
| 23 | jeffF@fjtlaw.com |
| 24 | *Attorney for Ward Defendants* |

NOTICE AND STIPULATION DISMISSING WITH
PREJUDICE ACTION AGAINST WARD
DEFENDANTS - 2
Case No. 12-cv-05657-BHS

## CERTIFICATE OF SERVICE

On the 27th day of June, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                          s/Janice Flaherty
                          JANICE FLAHERTY
                          Legal Assistant to
                          JEFFREY A. O. FREIMUND, WSBA No. 17384
                          Freimund Jackson Tardif & Benedict Garratt, PLLC
                          711 Capitol Way South, Suite 602
                          Olympia, WA  98502
                          Telephone:  (360) 534-9960
                          Fax:  (360) 534-9959
                          jeffF@fjtlaw.com
                          Attorney for Ward Defendants

NOTICE AND STIPULATION DISMISSING WITH
PREJUDICE ACTION AGAINST WARD
DEFENDANTS - 3
Case No. 12-cv-05657-BHS