HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMRISH RAJAGOPALAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NOTEWORLD, LLC,

Defendant.

MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community,

Defendants.

CASE NO. 3:12-CV-05657-BHS

**STIPULATED MOTION TO STAY RULING ON CERTAIN PENDING MOTIONS AND EXTENDING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**

**Noted: August 5, 2013**

WHEREAS, on June 20, 2013, Plaintiff Dinah Canada filed a *Motion for Attorneys' Fees* (Dkt. 123) and this motion has not been decided by the Court;

WHEREAS, on June 20, 2013, Defendant Meracord LLC filed a *Motion for Interlocutory Certification Under 28 U.S.C. § 1292(b) of the Court's Order at Docket No. 117* (Dkt. 126) and this motion has not been decided by the Court;

WHEREAS Plaintiffs' Consolidated Amended Complaint is currently due on August 9, 2013 pursuant to the Court's June 17, 2013 Order (Dkt. 122);

WHEREAS, the parties have been engaged and intend to engage in meaningful settlement discussions, and believe that settlement or meditation of this dispute is in the best interest of all parties;

NOW, THEREFORE, pursuant to Local Rule 7(d)(1) and Local Rule 10(g), the parties in the above-captioned consolidated action hereby stipulate and agree and request the Court to stay ruling on and hold in abeyance Plaintiff Canada's Motion for Attorney's Fees and Defendant Meracord LLC's Motion for Interlocutory Certification Under 28 U.S.C. § 1292(b) of the Court's Order at Docket No. 117 until the parties submit notice to the Court that this stay is no longer necessary, or until further order of Court; and the parties further agree to extend the deadline for Plaintiffs to file their Consolidated Amended Complaint to not later than October 9, 2013.

A proposed Order follows the parties' signatures.

Respectfully submitted this 5th day of August, 2013.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

s/ *Thomas E. Loeser*
Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
toml@hbsslaw.com

STIPULATED MOTION TO STAY RULING ON CERTAIN
PENDING MOTIONS AND EXTENDING TIME FOR
PLAINTIFFS TO FILE A CONSOLIDATED AMENDED
COMPLAINT- 2

Stuart M Paynter (*pro hac vice*)
Celeste H.G. Boyd (*pro hac vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
stuart@smplegal.com
cboyd@smplegal.com

*Attorneys for Plaintiffs*

s/ *Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: angeloc@calfoharrigan.com

C. Allen Garrett Jr. (*pro hac vice*)
Georgia Bar No. 286335
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
agarrett@kilpatricktownsend.com

Pamela M. Andrews, WSBA #14248
Jennifer Lauren, WSBA #37914
ANDREWS ▪ SKINNER, P.S.
645 Elliott Avenue West, Suite 350
Seattle, Washington 98119-3911
pamela.andrews@Andrews-Skinner.com
jennifer.lauren@Andrews-Skinner.com

*Attorneys for Defendants*
*Noteworld, LLC and Meracord, LLC*

s/ *H. Andrew Saller, Jr.*
James A. Krueger, WSBA #3408
H. Andrew Saller, Jr., WSBA #12945
Lucy R. Clifthorne, WSBA #27687

STIPULATED MOTION TO STAY RULING ON CERTAIN
PENDING MOTIONS AND EXTENDING TIME FOR
PLAINTIFFS TO FILE A CONSOLIDATED AMENDED
COMPLAINT- 3

1
2
3
4
5
6
7
8

VANDEBERG JOHNSON & GANDARA LLP
1201 Pacific Ave., Suite 1900,
Tacoma, WA 98402
Telephone: (253) 383-3791
Facsimile: (253) 383-6377
jkrueger@vjglaw.com
asaller@vjglaw.com
lclifthorne@vjglaw.com

*Attorneys for Linda and Charles Remsberg*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 12 day of August, 2013.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY RULING ON CERTAIN
PENDING MOTIONS AND EXTENDING TIME FOR
PLAINTIFFS TO FILE A CONSOLIDATED AMENDED
COMPLAINT- 4