UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMRISH RAJAGOPALAN, MARIE JOHNSON-PEREDO, ROBERT HEWSON, and KAREN HEA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community,<br><br>Defendants. | CASE NO. 12-CV-05657-BHS<br><br>STIPULATION AND ORDER RESETTING SUMMARY JUDGMENT RELATED DEADLINES |

WHEREAS, Meracord, the Remsberg Defendants, and Plaintiffs have filed motions for summary judgment;

WHEREAS, the Meracord's motion is currently noted for November 21, 2014;

WHEREAS, the Remsberg Defendants' motion is currently noted for November 28, 2014;

WHEREAS, Plaintiffs' motion is currently noted for December 5, 2014;

WHEREAS, a comprehensive briefing schedule is in the interest of the Court's convenience and judicial economy;

Pursuant to Local Rule 7, the parties in the above-captioned consolidated action hereby stipulate and agree and request that the Court ORDER:

ORDER - 1
Case No. 12-CV-05657-BHS

010262-13  731322 V1


1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1. That on December 5, 2014, Defendants respond to Plaintiffs' motion, and Plaintiffs respond to Defendants' motions; and

2. That on December 19, 2014, Defendants file replies in support of their motions, and Plaintiffs file a reply in support of their motion.

A proposed Order follows the parties' signatures.

Respectfully submitted this 12th day of November, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

    s/ Steve W. Berman
    s/ Thomas E. Loeser
    Steve W. Berman
    Thomas E. Loeser
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, Washington 98101
    steve@hbsslaw.com
    TomL@hbsslaw.com

    Stuart M Paynter (*pro hac vice*)
    Celeste H.G. Boyd (*pro hac vice*)
    THE PAYNTER LAW FIRM PLLC
    1200 G Street N.W., Suite 800
    Washington, DC 20005
    stuart@smplegal.com
    cboyd@smplegal.com

    *Attorneys for Plaintiffs*

ORDER - 2
Case No. 12-CV-05657-BHS

010262-13 731322 V1

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

s/ Randall Thomsen
Angelo J. Calfo, WSBA #27079
Randall Thomsen WSBA #25310
CALFO HARRIGAN LEYH & EAKES, LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
angeloc@calfoharrigan.com
randallt@calfoharrigan.com

*Attorney for Defendant Meracord, LLC*

s/ H. Andrew Saller, Jr.
James A. Krueger, WSBA #3408
H. Andrew Saller, Jr., WSBA #12945
Lucy R. Clifthorne, WSBA #27687
VANDEBERG JOHNSON & GANDARA LLP
1201 Pacific Ave., Suite 1900,
Tacoma, WA 98402
Telephone: (253) 383-3791
Facsimile: (253) 383-6377
jkrueger@vjglaw.com
asaller@vjglaw.com
lclifthorne@vjglaw.com

*Attorneys for Linda and Charles Remsberg*

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 12th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 3
Case No. 12-CV-05657-BHS

010262-13  731322 V1

