|   |   |
|---|---|
| 1 | HONORABLE BENJAMIN H. SETTLE |

## UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AMRISH RAJAGOPALAN, MARIE JOHNSON-PEREDO, ROBERT HEWSON, and KAREN HEA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community,<br><br>Defendants. | CASE NO. 12-CV-05657-BHS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS LINDA AND CHARLES REMSBERG |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by their undersigned attorneys, stipulate to the dismissal with prejudice of Plaintiffs' claims against Defendants Linda and Charles Remsberg.

Each party shall bear their own costs and fees.

Respectfully submitted this 23rd day of February, 2015.

s/ Steve W. Berman
s/ Thomas E. Loeser
Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
TomL@hbsslaw.com

STIP. OF DISMISSAL WITH PREJUDICE OF CLAIMS
AGAINST DEFS. LINDA AND CHARLES REMSBERG - 1
Case No. 12-CV-05657-BHS
010262-13 701028 V1



HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Stuart M Paynter (*pro hac vice*)
Celeste H.G. Boyd (*pro hac vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
stuart@smplegal.com
cboyd@smplegal.com

*Attorneys for Plaintiffs*

s/ Randall Thomsen
Angelo J. Calfo, WSBA #27079
Randall Thomsen WSBA #25310
CALFO HARRIGAN LEYH & EAKES, LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
angeloc@calfoharrigan.com
randallt@calfoharrigan.com

*Attorney for Defendant Meracord, LLC*

s/ H. Andrew Saller, Jr.
James A. Krueger, WSBA #3408
H. Andrew Saller, Jr., WSBA #12945
Lucy R. Clifthorne, WSBA #27687
VANDEBERG JOHNSON & GANDARA LLP
1201 Pacific Ave., Suite 1900,
Tacoma, WA 98402
Telephone: (253) 383-3791
Facsimile: (253) 383-6377
jkrueger@vjglaw.com
asaller@vjglaw.com
lclifthorne@vjglaw.com

*Attorneys for Linda and Charles Remsberg*

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/23/15           _____
                          BENJAMIN H. SETTLE
                          United States District Judge

STIP. OF DISMISSAL WITH PREJUDICE OF CLAIMS
AGAINST DEFS. LINDA AND CHARLES REMSBERG - 2
Case No. 12-CV-05657-BHS
010262-13  701028 V1

HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 · Seattle, WA 98101
(206) 623-7292 · FAX (206) 623-0594